NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-6001

BRIAN MORRIS,

Petitioner,

v.

OFFICE OF COMPLIANCE,

Respondent.

Petition for review of a decision of the Board of Directors of the Office of Compliance, 08-ARB-1.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Office of Compliance (OOC) moves to dismiss Brian Morris' petition for review for lack of jurisdiction. Morris opposes. OOC replies. The OOC moves for an extension of time to file it reply. Morris moves for extensions of time to file his opening brief.

We deem the better course is to require the parties to address the issue in their briefs.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion to dismiss is denied without prejudice to the parties discussing the jurisdictional issue in their briefs.

(2)    The motions for extensions of time are granted.   Morris's opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

SEP 3 0 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    Christopher J. Keeven, Esq.
       Peter A. Eveleth, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK

2009-6001                              2